# EXHIBIT A

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 09001-055160 01  | 2074 | Randy Brandon | 4/27/95 | 40,000 | Houghton Mifflin Publishing | Invitations to Literacy projects | 1/13/04 | VA 1-220-462 |
| 2 | 09001-01008 01  | 2074 | Jeff Schultz | 4/27/95 | 40,000 | Houghton Mifflin Publishing | Invitations to Literacy projects | 4/16/04 | VA 1-240-079 |
| 3 | 09001-06205 01  | 2074 | Jeff Schultz | 4/27/95 | 40,000 | Houghton Mifflin Publishing | Invitations to Literacy projects | 4/20/05 | VA 1-313-377 |
| 4 | NA050-00501 28  | 2074 | Allen Prier | 4/27/95 | 40,000 | Houghton Mifflin Publishing | Invitations to Literacy projects | 5/1/98 | VA 901-203 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 00008-00512 02  | 5013 | Chris Arend | 2/2/96 | 40,000 | McDougal Littell | Alg Explorations & Applications BK 2 | 5/16/00 | VA 1-066-095 |
| 6 | 00008-00512 02  | 5013 | Chris Arend | 2/2/96 | 40,000 | McDougal Littell | Alg Explorations & Applications BK 3 | 5/16/00 | VA 1-066-095 |
| 7 | NA050-00501 28  | 5248 | Randy Brandon | 5/15/96 | 40,000 | Houghton Mifflin Publishing | Invitations to Literacy 96/Spanish | 5/1/98 | VA 901-203 |
| 8 | NA050-03002 28  | 5248 | Randy Brandon | 5/15/96 | 40,000 | Houghton Mifflin Publishing | Invitations to Literacy 96/Spanish | 5/1/98 | VA 901-203 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 151FL AI0004 001  | 170108 | John Warden | 2/4/97 | 40,000 | Houghton Mifflin Publishing | SpellingGrade 5 PE | 5/16/00 | VA 1-066-095 |
| 10 | 406AB BF0006 001  | 170337 | Michael De Young | 5/1/97 | 62,000 | Houghton Mifflin Publishing | Grade 6 Math Central | 5/16/00 | VA 1-066-095 |
| 11 | 002AB BX0001 001  | 170358 | Gary Schultz | 05/07/19 97 | 52,000 | Houghton Mifflin Publishing | Math Central | 5/16/00 | VA 1-066-095 |
| 12 | 407TW BH0001 001  | 180441 | Mark Newman | 7/1/98 | 40,000 | Harcourt Brace & Company-ORLANDO | Social Studies, Gr. 5 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 205NA AB0015 001  | 190534 | Chris Arend | 07/12/1999 | 40,000 | Houghton Mifflin Publishing | Social Studies Grade 2 | 5/16/00 | VA 1-066-095 |
| 14 | 151FL BE0013 001  | 190818 | Lon Lauber | 10/15/99 | 40,000 | Harcourt Brace & Company-ORLANDO | Intervention Readers 2000 theme 2 story #8 "Race for Life" | 5/16/00 | VA 1-066-095 |
| 15 | 125SI AP0010 001  | 190887 | Harry Walker | 11/3/99 | 50,000 | McDougal Littell | Language Network Grade 7 | 5/16/00 | VA 1-066-095 |
| 16 | 125SI AP0010 001  | 191014 | Harry Walker | 12/10/1999 | 40,000 | McDougal Littell | Language Network, grade 7 ISBN #0-395-96767-6 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 008CH AB0001 007  | 200212 | Chris Arend | 3/24/00 | 250,000 | Houghton Mifflin Publishing | Reading 2001/grade 1 | 5/16/00 | VA 1-066-095 |
| 18 | 111AB AC0001 001  | 200338 | Johnny Johnson | 5/22/00 | 5,000 | Harcourt School Publishers | Mission Comprehension CD grade 4 project | 5/16/00 | VA 1-066-095 |
| 19 | 151FL AI0005 001  | 200386 | John Warden | 6/12/00 | 250,000 | Houghton Mifflin Publishing | FourthGrade Reading | 5/16/00 | VA 1-066-095 |
| 20 | 351MN CM0003 001  | 200519 | Patrick Endres | 08-09-2000 | 80,000 | Harcourt Brace & Company-ORLANDO | Math 2002 Grade 6 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 21 | 016MT DO0012 001  | 200520 | Scott Darsney | 08-09-2000 | 80,000 | Harcourt Brace & Company-ORLANDO | Math2002 Grade 6 | 5/16/00 | VA 1-066-095 |
| 22 | 001AR AA0512 001  | 200554 | Jeff Schultz | 8/21/00 | 80,000 | Harcourt Brace & Company-ORLANDO | Math 2002 Grade 3 | 5/16/00 | VA 1-066-095 |
| 23 | 001AR AA0512 001  | 200613 | Jeff Schultz | 9/8/00 | 40,000 | Harcourt Brace & Company-ORLANDO | Math 2002 Grade 3 | 5/16/00 | VA 1-066-095 |
| 24 | 358WI AA0033 001  | 200646 | Jeff Schultz | 9/21/00 | 120,000 | Houghton Mifflin | Mathematics 2002 Grade 5 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 159AD AC0012 001  | 200868 | Johnny Johnson | 12/8/00 | 7,500 | Houghton Mifflin Publishing | 01 Houghton Mifflin Txbk comp fee | 5/16/00 | VA 1-066-095 |
| 26 | 352CH AN0002 010  | 201292 | Clark James Mishler | 4/10/01 | 80,000 | McDougal Littell | Bridges To Literature | 5/16/00 | VA 1-066-095 |
| 27 | 354VW AB0002 002  | 201292 | Chris Arend | 4/10/01 | 80,000 | McDougal Littell | Bridges To Literature | 4/16/04 | VA 1-240-079 |
| 28 | 358WI AA0033 001  | 201621 | Jeff Schultz | 8/31/01 | 20,000 | Houghton Mifflin Company | Mathematics 2002 Grade K-6 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 399SC AA0002 001  | 201782 | Jeff Schultz | 11/5/01 | 100,000 | Harcourt School Publishers | Vocabulary Collections Revision Grade 2 Book 2 | 5/16/00 | VA 1-066-095 |
| 30 | 259DM AA0003 001  | 201912 | Jeff Schultz | 12/12/01 | 100,000 | Harcourt Brace & Company-ORLANDO | Horizons Texas Social Studies Grade 4 | 4/12/07 | VA 1-407-335 |
| 31 | 406AB AA0004 001  | 202293 | Jeff Schultz | 4/5/02 | 5,000 | Houghton Mifflin Publishing | Lectura ABC Big Book | 5/16/00 | VA 1-066-095 |
| 32 | 020SE ED0007 001  | 202344 | David Job | 4/30/02 | 100,000 | Harcourt Brace & Company-ORLANDO | US Beginnings to 1877 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 407TW BH0001 001  | 202380 | Mark Newman | 5/23/02 | 100,000 | Harcourt School Publishers | US 1887 to Present | 5/16/00 | VA 1-066-095 |
| 34 | 151FL AI0005 001  | 202603 | John Warden | 09/03/2002 | 3,000 | Houghton Mifflin Publishing | Reading © 2004 | 5/16/00 | VA 1-066-095 |
| 35 | 008CH AB0001 007  | 202603 | Chris Arend | 09/03/2002 | 3,000 | Houghton Mifflin Publishing | Reading © 2004 | 5/16/00 | VA 1-066-095 |
| 36 | 008CH AB0001 007  | 202603 | Chris Arend | 09/03/2002 | 3,000 | Houghton Mifflin Publishing | Reading © 2004 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 151FL AI0005 001  | 202604 | John Warden | 09/03/2002 | 50,000 | Houghton Mifflin Publishing | Lectura | 5/16/00 | VA 1-066-095 |
| 38 | 008CH AB0001 007  | 202604 | Chris Arend | 09/03/2002 | 50,000 | Houghton Mifflin Publishing | Lectura | 5/16/00 | VA 1-066-095 |
| 39 | 008CH AB0001 007  | 202604 | Chris Arend | 09/03/2002 | 50,000 | Houghton Mifflin Publishing | Lectura | 5/16/00 | VA 1-066-095 |
| 40 | 002AB AA0092 001  | 202614 | Jeff Schultz | 9/6/02 | 250,000 | Houghton Mifflin Publishing | Middle School Math grade 6 by RonLarson | 1/15/03 | VA 1-181-997 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 41 | 159AD AY0019 001  | 202733 | Ernest Manewal | 10-23-2002 | 30,000 | Houghton Mifflin Company | Leadership 4E | 5/16/00 | VA 1-066-095 |
| 42 | 125SI AC0026 001  | 203204 | Chris Arend | 3/24/03 | 260,000 | Houghton Mifflin Publishing | Math, grade4 | 12/21/05 | VA 1-338-768 |
| 43 | 458NS CT0013 002  | 203204 | Johnny Johnson | 3/24/03 | 260,000 | Houghton Mifflin Publishing | Math, grade4 | 8/12/02 | Vau 553-061 |
| 44 | 008CH AB0001 007  | 204130 | Chris Arend | 2/27/04 | 262,000 | Houghton Mifflin Publishing | Social Studies,grade 3 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 45 | 259DM AA0003 001  | 203428 | Jeff Schultz | 7/15/03 | 40,000 | Harcourt School Publishers | Horizons (social studies) | 4/12/07 | VA 1-407-335 |
| 46 | 410DR BG0005 001  | 205209 | Cliff Riedinger | 3/22/05 | 100,000 | Harcourt School Publishers | Harcourt National Science Grade 4, FL (G4_FL) ISBN: 0-15-340063-3 | 5/16/00 | VA 1-066-095 |
| 47 | 408LS AR0030 001  | 205236 | Daryl Pederson | 4/1/05 | 180,000 | Houghton Mifflin Co | Science | 1/13/04 | VA 1-220-462 |
| 48 | 100OT BF0007 008  | 205238 | Michael De Young | 4/1/05 | 237,000 | Houghton Mifflin Publishing | Science | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 49 | 125FM AC0014 001  | 205238 | Johnny Johnson | 4/1/05 | 237,000 | Houghton Mifflin Publishing | Science | 1/13/04 | VA 1-220-462 |
| 50 | 115SA AS0001 004  | 205238 | Marion Owen dba Carotte, I | 4/1/05 | 237,000 | Houghton Mifflin Publishing | Science | 4/20/05 | VA 1-313-377 |
| 51 | 108GR DI0001 001  | 205312 | Ron Sanford | 4/25/05 | 100,000 | Harcourt Brace & Company- ORLANDO | National Science | 5/16/00 | VA 1-066-095 |
| 52 | 108SI BX0012 001  | 205312 | Gary Schultz | 4/25/05 | 100,000 | Harcourt Brace & Company- ORLANDO | National Science | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 109SI BC0021 010  | 205312 | Tom Soucek | 4/25/05 | 100,000 | Harcourt Brace & Company-ORLANDO | National Science | 8/13/01 | VA 1-132-479 |
| 54 | 108GR EQ0013 001  | 205312 | Steven Kazlowski | 4/25/05 | 100,000 | Harcourt Brace & Company-ORLANDO | National Science | 10/6/04 | VA 1-287-885 |
| 55 | 401AR CM0001 001  | 205312 | Patrick Endres | 4/25/05 | 100,000 | Harcourt Brace & Company-ORLANDO | National Science | 4/20/05 | VA 1-313-377 |
| 56 | 135GR EQ0010 001  | 205314 | Steven Kazlowski | 4/26/05 | 100,000 | Harcourt Brace & Company-ORLANDO | National Science, grade K | 10/6/04 | VA 1-287-885 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 57 | 458NS BC0008 001  | 205318 | Tom Soucek | 4/28/05 | 237,000 | Houghton Mifflin Publishing | Science | 7/2/04 | VA 1-271-542 |
| 58 | 115SA AS0001 004  | 205318 | Marion Owen dba Carotte, I | 4/28/05 | 237,000 | Houghton Mifflin Publishing | Science | 4/20/05 | VA 1-313-377 |
| 59 | 032SL AA0002 029  | 205374 | Jeff Schultz | 5/17/05 | 100,000 | Harcourt School Publishers | Science SE, Gr. 6 | 5/16/00 | VA 1-066-095 |
| 60 | 103IN AK0002 001  | 205374 | Alissa Crandall | 5/17/05 | 100,000 | Harcourt School Publishers | Science SE, Gr. 7 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 61 | 117LM EQ0005 001  | 205374 | Steven Kazlowski | 5/17/05 | 100,000 | Harcourt School Publishers | Science SE, Gr. 8 | 10/10/03 | VA 1-240-636 |
| 62 | 407TW AY0002 001  | 205374 | Ernest Manewal | 5/17/05 | 100,000 | Harcourt School Publishers | Science SE, Gr. 9 | 7/11/07 | VA 1-416-577 |
| 63 | 358WI AA0062D001  | 205400 | Jeff Schultz | 5/26/05 | 262,000 | Silver EditionsHoughton Mifflin | Science ©2007, grade 3 published by Houghton Mifflin | | VA 1-338-796 |
| 64 | 010AD CY0006 001  | 205479 | Kevin G. Smith | 6/24/05 | 100,000 | Harcourt School Publishers | Science SE, Gr. 3 | 10/6/04 | VA 1-287-885 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 65 | 152PF AK0003 001  | 205524 | Alissa Crandall | 7/22/05 | 27,000 | Houghton Mifflin Co | College Algebra byNarasimhan | 5/16/00 | VA 1-066-095 |
| 66 | 210SP AA0003 001  | 206092 | Jeff Schultz | 2/3/06 | 250,000 | Harcourt Brace & Company-ORLANDO | Social Studies XENL 2007 SE, Gr. 4 | 5/16/00 | VA 1-066-095 |
| 67 | 002AB AA0092 001  | 206193 | Jeff Schultz | 3/10/06 | 250,000 | McDougal Littell | Math, Course 1 | 1/15/03 | VA 1-181-997 |
| 68 | 410DR BG0005 001  | 206233 | Cliff Riedinger | 3/27/06 | 250,000 | Harcourt School Publishers | Science XECA 2008 SE, Gr. 5 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 69 | 109GR AJ0013D001  | 206347 | John Hyde | 4/27/06 | 250,000 | McDougal Littell | McDougal Littell Literature, Grade 11 | 10/6/04 | VA 1-287-885 |
| 70 | 109GR AJ0013D001  | 206862 | John Hyde | 10/27/06 | 250,000 | McDougal Littell | McDougal Littell Literature, Grade 11 | 10/6/04 | VA 1-287-885 |
| 71 | 352WN AA0003 001  | 206955 | Jeff Schultz | 11/30/06 | 250,000 | McDougal Littell | Middle School World Geography | 5/16/00 | VA 1-066-095 |
| 72 | 392AR ZZ0001 001  | 206955 | Tom Soucek, Chris Arend | 11/30/06 | 250,000 | McDougal Littell | Middle School World Geography | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 73 | 131AB EQ0005 001  | 207250 | Steven Kazlowski | 2/15/07 | 100,000 | Harcourt School Publishers | Reading XENL Intervention Reader, grd 8 | 10/10/06 | VA 1-378-940 |
| 74 | 001AW AA0559D001  | 207362 | Jeff Schultz | 3/30/07 | 250,000 | Harcourt Brace & Company-ORLANDO | Reading XENL SE, Gr. 1, Book 1 | 7/29/05 | VA 1-271-542 |
| 75 | 218LT EW0001D001  | 207388 | John R. Delapp | 4/6/07 | 250,000 | Harcourt School Publishers | Math NENL SE, Gr. 5 | 7/29/05 | VA 1-340-258 |
| 76 | 100OT BF0007 008  | 207389 | Michael De Young | 4/6/07 | 11,500 | Houghton Mifflin Co | Science Georgia state edition, Grd 1 | 5/16/00 | VA 1-066-095 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 77 | 115SA AS0001 004  | 207420 | Marion Owen dba Carotte, I | 4/20/07 | 15,700 | Houghton Mifflin Co | Science Georgia state edition, Grd 2 | 4/20/05 | VA 1-316-377 |
| 78 | 416MP DF0003 001  | 207510 | Earth & Beyond | 5/15/07 | 250,000 | Harcourt School Publishers | Reading XENL ELLReader Gr. 6 E, Book 8 | 7/29/05 | VA 1-066-095 |
| 79 | 399AR BX0003 002  | 207510 | Gary Schultz | 5/15/07 | 250,000 | Harcourt School Publishers | Reading XENL ELLReader Gr. 6 E, Book 8 | 7/8/03 | VA 1-199-148 |
| 80 | 408LS CT0044 001  | 207510 | Calvin W. Hall | 5/15/07 | 250,000 | Harcourt School Publishers | Reading XENL ELLReader Gr. 6 E, Book 8 | 8/12/02 | Vau 553-061 |

| | Alaska Stock Image Number | Invoice Number | Photographer | Invoice Date | Licensed Print Run | Company Publishing Infringing Work | Book Title | Copyright Registration Date | Copyright Registration Number |
|---|---|---|---|---|---|---|---|---|---|
| 81 | 407TW GG0002D001  | 207859 | Mark Stadsklev | 9/24/07 | 12/12/68 | Harcourt School Publishers | Math XENL SE, Gr. 5 | 4/17/06 | VA 1-349-182 |
| 82 | 001AX AA0175D001  | 207861 | Jeff Schultz | 9/24/07 | 250,000 | Harcourt School Publishers | Reading XENL TE, Gr. 6 | 4/20/05 | VA 1-316-377 |
| 83 | 401AR DU0003 001  | 207861 | Nick Jans | 9/24/07 | 250,000 | Harcourt School Publishers | Reading XENL TE, Gr. 6 | 4/20/05 | VA 1-316-377 |