# TABLE OF CONTENTS:
## EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Exhibit 1: Agreements wherein the photographers who created the images-in-suit ("Images") assigned their copyrights to Alaska Stock.

Exhibit 2: Chart outlining the photographer, assignment language, assignment date, copyright registration date, copyright registration number, and image number on the deposit copy for each of the Images.

Exhibit 3: Copyright registration certificates for the Images.

Exhibit 4: Images that appear on the compact disc submitted as the deposit copy with the copyright registration application for copyright registration number VA 1-066-095.

Exhibit 5 (**filed manually**): Compact disc containing a compilation of the entire deposit copies submitted with the copyright registration applications for all other copyrights-in-suit.

Exhibit 6: Agreements wherein the photographers who created the Images assigned their copyrights for litigation to Alaska Stock.

Exhibit 7: United States Copyright Office's website search page.

Exhibit 8: United States Copyright Office's Circular 23.

Exhibit 9: United States Copyright Office's Circular 6.