```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

ALASKA STOCK, LLC,
      Plaintiff,

                                    Case Number 3:09-cv-00061-HRH

v.

HOUGHTON MIFFLIN HARCOURT
PUBLISHING CO. and R.R.
DONNELLEY & SONS CO.,
      Defendants.           **JUDGMENT IN A CIVIL CASE**

___    **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT Plaintiff's complaint is dismissed with prejudice.

APPROVED:

/s/H. Russel Holland
H. Russel Holland
United States District Judge

Date: September 22, 2010

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***      Marvel Hansbraugh
                                                               Marvel Hansbraugh,
                                                                  Clerk of Court

[309cv61HRH-judgment.wpd]{JMT2.WPT*Rev.3/03}