UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



ALASKA STOCK, LLC,
    Plaintiff,

v.

Case Number 3:09-cv-00061-HRH

HOUGHTON MIFFLIN HARCOURT
PUBLISHING CO. and R.R.
DONNELLEY & SONS CO.,
    Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Plaintiff's complaint is dismissed without prejudice.

APPROVED:

**SIGNATURE REDACTED**

H. Russel Holland
United States District Judge

Date: October 20, 2010

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh

Marvel Hansbraugh,
Clerk of Court

[309cv61HRH Amended Judgment.wpd]{JMT2.WPT*Rev.3/03}