UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA STOCK, LLC,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and R.R. DONNELLEY & SONS COMPANY,<br><br>        Defendants - Appellees. | No. 10-36010<br><br>D.C. No. 3:09-cv-00061-HRH<br>District of Alaska,<br>Anchorage<br><br><br>ORDER |

Before: B. FLETCHER, KLEINFELD, and CALLAHAN, Circuit Judges.

This appeal was withdrawn from submission on June 7, 2012. Alaska Stock, LLC and R.R. Donnelley & Sons Company have agreed that this appeal should be held in abeyance in light of Houghton Mifflin Harcourt Publishing Company's bankruptcy filing and the attendant automatic stay pursuant to 11 U.S.C. § 362(a). Counsel are instructed to advise the Court within thirty days after the stay is lifted. If in six months from the date of this order, the stay has not been lifted, counsel for Alaska Stock and R.R. Donnelley & Sons are instructed to file letter briefs not to exceed five pages addressing how this Court should proceed in light of the stay. Houghton Mifflin is invited to file a letter brief if it wishes to do so, but it is not required to do so.